IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SIERRA CLUB,<br>　　Plaintiffs,<br>v.<br><br>WOODVILLE PELLETS, LLC,<br>　　Defendant. | Civil Action No. 9:20-cv-00178-MJT<br>JUDGE MICHAEL TRUNCALE |

## NOTICE OF SETTLEMENT

Plaintiff Sierra Club ("Sierra Club") and Defendant Woodville Pellets, LLC ("Woodville," and together with Sierra Club, the "Parties") have reached a settlement in principle, subject to execution of final documentation approved by the Parties' leadership and final approval by the Court. The Parties are in the process of finalizing settlement documents, including a consent decree, memorializing the Parties' agreement. Although the Parties have agreed to all material terms of the agreement, both Parties' leadership must approve the final language in the settlement agreement and consent decree. Sierra Club's approval process includes circulating the consent decree among its litigation committee for final approval, which is expected to take approximately two weeks. That approval is anticipated. Woodville also anticipates receiving approval from its executive leadership within that same period of time. Once lodged, a forty-five (45) day notice period to the federal government will follow as required by law to give the government an opportunity to lodge any objections to the consent decree.

Dated: November 2, 2021

Respectfully submitted,

By: /s/ Patrick J. Anderson

Patrick J. Anderson (Lead) (admitted pro hac vice)
GA State Bar No. 226260
panderson@environmentalintegrity.org
Keri N. Powell (admitted pro hac vice)
GA State Bar No. 437963
kpowell@powellenvironmentallaw.com
Environmental Integrity Project
315 W. Ponce de Leon Ave, Suite 842
Decatur, Georgia 30030
Telephone: (719) 963-4072

George E. Hays
George E. Hays (admitted pro hac vice)
WA State Bar No. 53874
*georgehays@mindspring.com*
P.O. Box 843
Bellevue, WA 98009
Telephone: (415) 566-5414

Naomi Kim Melver (admitted pro hac vice)
WA State Bar No. 52463
nmelver@gmail.com
P.O. Box 1283
Freeland, WA 98249
Telephone: (425) 336-3757

Kelly Haragan (admitted pro hac vice)
TX Bar. No. 00793897
kharagan@law.utexas.edu
1700 Bouldin Ave.
Austin, TX 78704
Telephone: (512) 587-9318

Reed Zars, admitted pro hac vice
reed@zarslaw.com
Attorney at Law
910 E. Kearney Street
Laramie, Wyoming 82070
Telephone: (307) 760-6268

**ATTORNEYS FOR PLAINTIFF SIERRA CLUB**

**KING & SPALDING LLP**

By: /s/ Craig A. Stanfield

Craig A. Stanfield
State Bar No. 24051371
*cstanfield@kslaw.com*
Christie Cardon
State Bar No. 24036326
*ccardon@kslaw.com*
J. Robert Sheppard, III
State Bar No. 24107910
*rsheppard@kslaw.com*
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Steven M. Zager
State Bar No. 22241500
*szager@kslaw.com*
Mike Stenglein
State Bar No. 00791729
*mstenglein@kslaw.com*
Nathaniel Bilhartz
State Bar No. 24097384
*nbilhartz@kslaw.com*
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Michael R. Leslie (admitted pro hac vice)
California Bar No. 126820
*mleslie@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 218-4013
Facsimile: (213) 443-4310

**ATTORNEYS FOR DEFENDANT WOODVILLE PELLETS, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2021, a true and correct copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

                                          */s/ J. Robert Sheppard, III*
                                          J. Robert Sheppard, III