IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SIERRA CLUB, § | |
| Plaintiff, § | |
| v. § | Civil Action No. 9:20-cv-00178-MJT |
| § | JUDGE MICHAEL TRUNCALE |
| WOODVILLE PELLETS, LLC, § | |
| Defendant. § | |

**NOTICE OF LODGING**

Plaintiff Sierra Club ("Plaintiff") and Defendant Woodville Pellets, LLC ("Defendant") hereby provide notice to the Court of the lodging of the attached Consent Decree and Order. The relief set forth in this Consent Decree and Order represents a full resolution of this Clean Air Act citizen suit.

This Consent Order should not to be entered as an Order of the Court until the completion of a forty-five (45) day review period provided to the United States Department of Justice and the Environmental Protection Agency by the Clean Air Act, 42 U.S.C. § 7604 (c)(3) and described in paragraphs 57-59 of the Consent Decree and Order. Following the conclusion of the review period, the parties intend to review and take into account any comments submitted by the federal government, and thereafter move the Court to review and enter this Consent Decree and Order.

Plaintiff will provide notice to the Court regarding the date the United States receives notice of this Consent Decree and Order, and the date by which any comments from the United States must be submitted. Plaintiff will also contemporaneously copy Defendant on all communications with the United States Department of Justice and the Environmental Protection Agency.

Dated this 17th day of November 2021

Respectfully submitted,

By: /s/ Patrick J. Anderson
Patrick J. Anderson (Lead), *pro hac vice*
GA State Bar No. 226260
Environmental Integrity Project
315 W. Ponce de Leon Ave, Suite 842
Decatur, GA 30030
Telephone: (719) 963-4072
panderson@environmentalintegrity.org

Keri N. Powell, *pro hac vice*
GA State Bar No. 437963
315 W. Ponce de Leon Ave, Suite 842
Decatur, GA 30030
Telephone: (917) 573-8853
kpowell@powellenvironmentallaw.com

George E. Hays, *admitted in District*
WA State Bar No. 53874
P.O. Box 843
Bellevue, WA 98009
Telephone: (415) 566-5414
georgehays@mindspring.com

Kelly Haragan, *admitted in District*
TX Bar. No. 00793897
1700 Bouldin Ave.
Austin, TX 78704
Telephone: (512) 587-9318
kharagan@law.utexas.edu

Naomi Kim Melver, *pro hac vice*
WA State Bar No. 52463
P.O. Box 1283
Freeland, WA 98249
Telephone: (425) 336-3757
nmelver@gmail.com

Reed Zars, *pro hac vice*
Attorney at Law
910 E. Kearney Street
Laramie, WY 82070
Telephone: (307) 760-6268
reed@zarslaw.com
**Counsel for Plaintiff Sierra Club**

**KING & SPALDING LLP**

By: /s/ Craig A. Stanfield (with permission)
Craig A. Stanfield
State Bar No. 24051371
cstanfield@kslaw.com
Christie Cardon
State Bar No. 24036326
ccardon@kslaw.com
J. Robert Sheppard, III
State Bar No. 24107910
rsheppard@kslaw.com
King & Spalding LLP
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Steven M. Zager
State Bar No. 22241500
szager@kslaw.com
Mike Stenglein
State Bar No. 00791729
mstenglein@kslaw.com
Nathaniel Bilhartz
State Bar No. 24097384
nbilhartz@kslaw.com
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Michael R. Leslie (admitted pro hac vice)
California Bar No. 126820
mleslie@kslaw.com
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 218-4013
Facsimile: (213) 443-4310

**Counsel for Defendant Woodville Pellets, LLC**

## CERTIFICATE OF SERVICE

 I hereby certify that on November 17, 2021, a true and correct copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Patrick J. Anderson*
Patrick J. Anderson
