UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| Sierra Club, Plaintiff,<br><br>    v.<br><br>Woodville Pellets, LLC, Defendant. | Case No. 9:20-cv-00178<br><br>Judge Michael Truncale<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

Pursuant to ¶ 58 of the proposed Consent Decree that was lodged with the Court on November 17, 2021, ECF No. 204-1, Sierra Club and Woodville Pellets, LLC (the "Parties"), hereby jointly move to seek entry of the proposed Consent Decree by this Court. The proposed Consent Decree resolves Plaintiff Sierra Club's allegations of violations of the Clean Air Act without any admission of liability by Defendant Woodville Pellets, LLC and represents a full resolution of the citizen suit.

Plaintiff Sierra Club provided the required notice to the Court on November 19, 2021, ECF No. 205, that the United States Department of Justice and the Environmental Protection Agency had received a copy of the proposed Consent Decree on November 17, 2021, which began the forty-five (45) day review period required by the Clean Air Act, 42 U.S.C. § 7604(c)(3). The Parties provided additional information by letter to the United States Department of Justice and the Environmental Protection Agency on December 22, 2021, setting forth the details of the proposed environmental benefit payment provided by ¶ 24 of the proposed Consent Decree.[1] Additionally, on January 19, 2022, the Parties executed a Memorandum of

---

[1] Attached as Exhibit A.

1

Understanding with the Greater East Texas Community Action Program, the proposed recipient of the environmental benefit payment, formalizing the provisions in the December 22, 2021 letter.[2]

On January 5, 2022, the Department of Justice notified the Parties that the United States had reviewed the proposed Consent Decree and the environmental benefit payment and that it had no comments or objections.[3] The Parties therefore request that the Court enter the proposed Consent Decree as lodged by the Parties on November 17, 2021.

Dated this 21st day of January 2022.

Respectfully submitted,

/s/ *Patrick J. Anderson*
Patrick J. Anderson (Lead), *admitted pro hac vice*
GA State Bar No. 226260
Environmental Integrity Project
315 W. Ponce de Leon Ave, Suite 842
Decatur, Georgia 30030
Telephone: (719) 963-4072
*panderson@environmentalintegrity.org*

Keri N. Powell, *admitted pro hac vice*
GA State Bar No. 437963
315 W. Ponce de Leon Ave, Suite 842
Decatur, Georgia 30030
Telephone: (917) 573-8853
*kpowell@powellenvironmentallaw.com*

George E. Hays, *admitted in District*
WA State Bar No. 53874
P.O. Box 843
Bellevue, WA 98009
Telephone: (415) 566-5414
*georgehays@mindspring.com*

---

[2] Attached as Exhibit B.
[3] Attached as Exhibit C.

Kelly Haragan, *admitted in District*
TX Bar. No. 00793897
1700 Bouldin Ave.
Austin, TX 78704
Telephone: (512) 587-9318
*kharagan@law.utexas.edu*

Naomi Kim Melver, *admitted pro hac vice*
WA State Bar No. 52463
P.O. Box 1283
Freeland, WA 98249
Telephone: (425) 336-3757
*nmelver@gmail.com*

**ATTORNEYS FOR PLAINTIFF SIERRA CLUB**

**KING & SPALDING LLP**

  /s/ Craig A. Stanfield    

Craig A. Stanfield
State Bar No. 24051371
*cstanfield@kslaw.com*
Christie Cardon
State Bar No. 24036326
*ccardon@kslaw.com*
J. Robert Sheppard, III
State Bar No. 24107910
*rsheppard@kslaw.com*
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Steven M. Zager
State Bar No. 22241500
*szager@kslaw.com*
Mike Stenglein
State Bar No. 00791729
*mstenglein@kslaw.com*
Nathaniel Bilhartz
State Bar No. 24097384
*nbilhartz@kslaw.com*
500 West 2nd St., Suite 1800

3

Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Michael R. Leslie (admitted pro hac vice)
California Bar No. 126820
*mleslie@kslaw.com*
633 West Fifth St., Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4013
Facsimile: (214) 443-4310

**ATTORNEYS FOR DEFENDANT WOODVILLE PELLETS, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 21, 2022, a true and correct copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

/s/ Patrick J. Anderson
Patrick J. Anderson
