UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| Sierra Club, Plaintiff,<br><br>    v.<br><br>Woodville Pellets, LLC, Defendant. | Case No. 9:20-cv-00178<br><br>Judge Michael Truncale<br><br>**Notice under Texas Disciplinary Rules of Professional Conduct Rule 1.11** |

King & Spalding LLP, counsel for Defendant Woodville Pellets, LLC, here informs the Court that Evan Weinberger, who served as a law clerk in the United States District Court for the Eastern District of Texas from August 2021 through August 2022, is expected to begin as an associate attorney at King & Spalding LLP this fall in the firm's New York office.

Pursuant to Rule 1.11 of the Texas Disciplinary Rules of Professional Conduct, Mr. Weinberger is personally disqualified from representing any party in a matter in which he participated personally and substantially during his tenure as law clerk. Mr. Weinberger has advised that, due to his service as a law clerk with the United States District Court for the Eastern District of Texas, he is conflicted from this matter. To prevent imputed disqualification of other King & Spalding LLP attorneys, Mr. Weinberger will be screened starting on his first day at the firm from any participation in the matter and apportioned no part of the fees therefrom.

This Notice is submitted to advise that King & Spalding LLP and Mr. Weinberger are in compliance with Rule 1.11 of the Texas Disciplinary Rules of Professional Conduct. King & Spalding LLP will continue to represent its client, Woodville Pellets, LLC, and it may properly do so under Rule 1.11 because:

1. King & Spalding LLP and Mr. Weinberger have agreed that he will be timely screened from any form of participation in the above-referenced matter and that he will not be apportioned any fees therefrom.

2. The procedures being taken to screen Mr. Weinberger from the matter are: (i) a prohibition against his speaking about the matter with or in the presence of any King & Spalding LLP personnel; (ii) a prohibition against any of the King & Spalding LLP personnel working on the matter speaking about it in the presence of Mr. Weinberger; (iii) a prohibition against Mr. Weinberger bringing to King & Spalding LLP any documents, files, or materials in any form or medium about the matter; and (iv) a prohibition against Mr. Weinberger accessing, reading, or reviewing any documents, files, or materials in any form or medium about the matter. King & Spalding LLP will distribute to all personnel who are working on, or who may in the future be added to, the matter a written notification setting forth these prohibitions and their obligation to abide by them strictly.

By filing this Notice via CM/ECF, King & Spalding LLP is notifying all parties to the matter of this ethical screen in compliance with Rule 1.11(c)(2) of the Texas Disciplinary Rules of Professional Conduct.

Dated this 23rd day of September, 2022.          Respectfully submitted,

                                                      **KING & SPALDING LLP**

                                                      */s/ Craig Stanfield*
                                                      _____
                                                       Craig A. Stanfield
                                                       State Bar No. 24051371
                                                       *cstanfield@kslaw.com*
                                                       Christie Cardon
                                                       State Bar No. 24036326

*ccardon@kslaw.com*
J. Robert Sheppard, III
State Bar No. 24107910
*rsheppard@kslaw.com*
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Steven M. Zager
State Bar No. 22241500
*szager@kslaw.com*
Mike Stenglein
State Bar No. 00791729
*mstenglein@kslaw.com*
Nathaniel Bilhartz
State Bar No. 24097384
*nbilhartz@kslaw.com*
500 West 2nd St., Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Michael R. Leslie (admitted pro hac vice)
California Bar No. 126820
*mleslie@kslaw.com*
633 West Fifth St., Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4013
Facsimile: (214) 443-4310

**ATTORNEYS FOR DEFENDANT WOODVILLE PELLETS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, a true and correct copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

                                                */s/ Craig Stanfield*
                                                Craig Stanfield